# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Agee, George S. | 4th Circuit | 04/28/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Fourth Circuit U.S. Court of Appeals
1100 E. Main Street
Richmond, VA 23218

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Bridgewater College |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/28/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Commonwealth of Virginia-Retirement Income | $68,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Carilion Clinic-Salary |
| 2. 2014 | RGC Resources, Inc. - Director Fees |
| 3. 2014 | Hometown Bank - Director Fees |
| 4. 2014 | Rockingham Mutual Insurance Co. - Director Fees |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/28/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | AMNB (formerly known as Mainstreet Bankshares) | A | Dividend | J | U | | | | | |
| 2. | SUWI, LLC | C | Distribution | L | W | | | | | |
| 3. | -Rental Property #1 Roanoke, VA | | | | | | | | | |
| 4. | -Rental Property #2 Roanoke, VA | | | | | | | | | |
| 5. | Agee Mill, LLC | A | Distribution | L | W | | | | | |
| 6. | RGC Resources, Inc. | C | Dividend | M | T | | | | | |
| 7. | First Citizens Bank Account | A | Interest | J | T | | | | | |
| 8. | Hometown Bank | C | Dividend | M | T | | | | | |
| 9. | BBT | A | Dividend | J | T | | | | | |
| 10. | DWGAX | A | Dividend | J | T | Buy | 07/11/14 | J | | |
| 11. | MSFT | A | Dividend | J | T | | | | | |
| 12. | CAIBX | A | Dividend | L | T | | | | | |
| 13. | CWGIX | A | Dividend | J | T | | | | | |
| 14. | ANCFX | B | Dividend | L | T | | | | | |
| 15. | AGTHX | A | Dividend | L | T | | | | | |
| 16. | ANWPX | A | Dividend | K | T | | | | | |
| 17. | NEWFX | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IGAAX | A | Dividend | K | T | | | | | |
| 19. VYFC | A | Int./Div. | K | T | | | | | |
| 20. NYVCX | A | Dividend | J | T | | | | | |
| 21. ACERX | A | Dividend | K | T | | | | | |
| 22. TFVAX | A | Dividend | K | T | Buy | 01/21/14 | K | | |
| 23. AMECX | A | Dividend | K | T | | | | | |
| 24. AFL | A | Dividend | J | T | | | | | |
| 25. STLD | A | Dividend | K | T | | | | | |
| 26. SBPLX | A | Dividend | J | T | | | | | |
| 27. FSBCX | A | Dividend | K | T | | | | | |
| 28. ABALX | A | Dividend | | | Sold | 01/21/14 | J | | |
| 29. Edward Jones Cash Account | A | Interest | J | T | | | | | |
| 30. IRA #1* | B | Dividend | M | T | | | | | |
| 31. -IGAAX | | | | | | | | | |
| 32. -ANWPX | | | | | | | | | |
| 33. -CWGIX | | | | | | | | | |
| 34. -AMRMX | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -ANCFX | | | | | | | | | |
| 36. -CAIBX | | | | | | | | | |
| 37. -AMECX | | | | | | | | | |
| 38. -AMCPX | | | | | | | | | |
| 39. -AGTHX | | | | | | | | | |
| 40. -NEWFX | | | | | | | | | |
| 41. Retirement Account #1 Virginia Deferred Compensation Plan | D | Dividend | N | T | | | | | |
| 42. -VRS Stock Fund | | | | | | | | | |
| 43. -Stable Value Fund | | | | | | | | | |
| 44. -VRS Int'l Stock Fund | | | | | | | | | |
| 45. -VRS Small/Mid Cap Stock Fund | | | | | | | | | |
| 46. -Emerging Markets Stock Fund | | | | | | | | | |
| 47. IRA #2 | B | Dividend | L | T | | | | | |
| 48. -IGAAX | | | | | | | | | |
| 49. -ANWPX | | | | | | | | | |
| 50. -CWGIX | | | | | | | | | |
| 51. -AMRMX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -ANCFX | | | | | | | | | |
| 53. -CAIBX | | | | | | | | | |
| 54. -AMECX | | | | | | | | | |
| 55. -AMCPX | | | | | | | | | |
| 56. -AGTHX | | | | | | | | | |
| 57. -NEWFX | | | | | | | | | |
| 58. Retirement Account #2 Carilion Health System Sec 403(b) Plan | E | Dividend | O | T | | | | | |
| 59. -Pimco Low Duration | | | | | | | | | |
| 60. -Pimco Total Return/Inst | | | | | Buy | 01/02/14 | L | | |
| 61. -Pimco Total Return/Inst | | | | | Sold | 12/01/14 | M | D | |
| 62. -JP Morgan Short Duration Bond R6 | | | | | Buy | 12/01/14 | J | | |
| 63. -Metropolitan West Total Return Bond Plan | | | | | Buy | 12/01/14 | M | | |
| 64. -American Funds Euro Pacific Growth | | | | | | | | | |
| 65. -Goldman Sachs MDCAP Val/A | | | | | | | | | |
| 66. -Prudential Jennison Sm Company A*1 | | | | | | | | | |
| 67. -Victory Munder Mid Cap Core Gr FdY (formerly Munder Mid Cap GrA) | | | | | | | | | |
| 68. -Vanguard Instl Index I (formerly Vanguard Instl Index 500) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Retirement Acct #3 Carilion Health System Sec 457(b) Plan | E | Dividend | N | T | | | | | |
| 70. -Metropolitan West Total Return Bond Plan | | | | | Buy | 12/01/14 | K | | |
| 71. -Black Rock Equity Dividend | | | | | | | | | |
| 72. -PIMCO Total Return Bond | | | | | Sold | 12/01/14 | K | A | |
| 73. -Vanguard Instl I (formerly Vanguard Institutional Index 500) | | | | | | | | | |
| 74. Retirement Acct #4 Equivest TSA 501(c)(3) Plan | B | Int./Div. | L | T | | | | | |
| 75. -EQ Guaranteed Interest | | | | | | | | | |
| 76. -EQ International Equity Index | | | | | | | | | |
| 77. -EQ Alliance Bernstein SmCpGR | | | | | | | | | |
| 78. -AXA MidCap VA1 Managed Vol (formerly EQ Market Mid Cap Value Plus) | | | | | | | | | |
| 79. -EQ Black Rock Basic | | | | | | | | | |
| 80. -Equitable Multimanager Core Bond | | | | | | | | | |
| 81. -Equitable Charter Multi Sector Bond (formerly Equitable Multimgr MSB | | | | | | | | | |
| 82. Retirement Acct #5 Alliance Benefit Group Capital ACCU.AC | E | Dividend | N | T | | | | | |
| 83. -TWEAX | | | | | | | | | |
| 84. -CAAPX | | | | | | | | | |
| 85. -FMCAX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -GABGX | | | | | Sold | 12/01/14 | K | A | |
| 87. -WEBAX | | | | | | | | | |
| 88. -GABAX | | | | | | | | | |
| 89. -PREIX | | | | | | | | | |
| 90. -FTCIMA | | | | | | | | | |
| 91. -VFNIX | | | | | Sold | 03/01/14 | K | A | |
| 92. Life Insurance Policy #1 Natl Life Ins Co Whole Life | C | Dividend | M | T | | | | | |
| 93. Life Insurance Policy #2 Equitable Variable Life | A | Dividend | K | T | | | | | |
| 94. -AXA Moderate Allocation | | | | | | | | | |
| 95. -EQ/Common Stock Index | | | | | | | | | |
| 96. -Multimanager, Aggressive Equity | | | | | | | | | |
| 97. 529 Virginia College Savings Plan-Piedmont Portfolio | A | Dividend | | | Redeemed | 08/21/14 | J | A | See Note #2, Part VIII |
| 98. Life Ins Policy #3 Lincoln Nat'l Life Ins Co Index Life | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/28/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part I, Item I, Trust #1 which was reported in Part VII, Item 50 to 56 (2013 form) is omitted per the Financial Disclosure Instructions for Calendar Year 2014 Reports.

2. Part VII, Item 97 represents final distribution and closure of the 529 Virginia College Savings Plan.

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/28/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George S. Agee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544